Dr. T. E. Hardy, Appellant, v. Albert J. Horan, Appellee.

Gen. No. 40,824.

opinion filed November 26, 1940. Joseph B. Alexander for appellant; Mayer Goldberg, for appellee; Samuel J. Moran, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."